(1" from top of page, and centered, begin title of Court)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. _____ – Civ (Judge's Last Name/Magistrate's Last Name)

(Full Name of Plaintiff/s), ANtiFA INternational

Plaintiff(s), AND Jerry Lee Bishop Jr

vs.

(Full Name of Defendant/s),

Defendant(s).
Donald J. Trump /
Ex-president of the U.S.A.

FILED BY PCS D.C.
AUG 01 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## COMPLAINT

I, JLBJ, AI, plaintiff, in the above styled cause, sue defendant(s): Donald J. Trump.

This action is filed under (indicate under which federal law or section of the U.S. Constitution this action is being filed): ADA of 1990, title II, title III of THE ADA pertaining to communications

Dated: Month, day, year

Respectfully submitted,

Jerry Lee Bishop Jr

Name of Filer
Attorney Bar Number (if aplicable)
Attorney E-mail Address (if applicable)
Firm Name (if applicable)
Street Address 1815 F. Montana Ave
City, State, Zip Code MSLA, MT 59802
Telephone: (xxx)xxx–xxxx (406) 541-7284
Attorneys for Plaintiff/Defendant [Party Name(s)]
(if applicable)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

West Palm Beach Division

Jerry Lee Bishop Jr.
AntiFA International
_____
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Donald J. Trump, ex POTUS
_____
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Jerry Lee Bishop Jr.
   Address: 1815 F Montana Ave
   City: Missoula   State: MT   Zip Code: 59802
   County: Missoula
   Telephone Number: (406) 541-7784
   E-Mail Address: N/A

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Donald J. Trump
   Job or Title (if known): Ex POTUS
   Address: 1100 S. Ocean Blvd
   City: Palm Beach   State: FL   Zip Code: 33480
   County: Palm Beach County
   Telephone Number: (561) 832-2600
   E-Mail Address (if known): info@trumpintlrealty.com
   [X] Individual capacity   [X] Official capacity

   Defendant No. 2
   Name:
   Job or Title (if known):
   Address:
   City:   State:   Zip Code:
   County:
   Telephone Number:
   E-Mail Address (if known):
   [ ] Individual capacity   [ ] Official capacity

Defendant No. 3
  Name _____
  Job or Title *(if known)* _____
  Address _____
          City / State / Zip Code
  County _____
  Telephone Number _____
  E-Mail Address *(if known)* _____

  [ ] Individual capacity    [ ] Official capacity

Defendant No. 4
  Name _____
  Job or Title *(if known)* _____
  Address _____
          City / State / Zip Code
  County _____
  Telephone Number _____
  E-Mail Address *(if known)* _____

  [ ] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  [X] Federal officials (a *Bivens* claim)

  [ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Handwritten:* Donald J. Trump said "Some with Disabilities should just die." See computer print out. This is Ableism and erects a Barrier to the ADA of 1990, title II to communications Barriers, Attitudnal Barriers to the ADA

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

By January 26, 1992 Architectural and Communication Barriers must be removed in public areas (The Internet is public) when their removal is readily Achievable (Attitudinal communications Barriers) violating Section 508, Causing a Barrier

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under Bivens, explain how each defendant acted under color of federal law. Attach additional pages if needed. Donald J. Trump Committed a Barrier to the Public area of the ADA Because He said that "some with Disabilities should just Die" causing those with Intellectual and Physical Disabilities to not Feel Worthy Integrity, Dignity, And Demeaning the quality of Life of Those who Have Any Disabilities

III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? On the public area of the Internet, Trump told His Nephew in a new Book See Interview By Michelle Diament July 25, 2024 on Disability Scoop.com.

B. What date and approximate time did the events giving rise to your claim(s) occur? July 25, 2024

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) I Have AN intellectual And physical Disability And This caused PTSD, Emotional Damages reading Harmful Content on The public area of the Internet, That is Supposed to Be Free From Harmful Comments made against me or others who are Disabled and this causes Suicidal Ideation,

Page 4 of 6

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Violation of the ADA of 1990 508, Rehab Act of 1990, psychological, Emotional Damages, Intellectual Damages, Barrier to the ADA, communications, Attitudinal Barriers, causing PTSD, Insomnia Because Trump wants me to "Die" Because of His Statements telling me, and all others that "They Should Just Die." causing Fear, and Anxiety.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$50,000.00 Because it is the Minimum to Ask For for an ADA Barrier.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-29-2024

Signature of Plaintiff: *Jerry Lee Bishop Jr*
Printed Name of Plaintiff: Jerry Lee Bishop Jr.

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____

City _____ State _____ Zip Code _____

Telephone Number: _____
E-mail Address: _____

## Certificate of Service*

**I hereby certify** that a true and correct copy of the foregoing was served by [specify method of service] on [date] on all counsel or parties of record on the Service List below.

*Jerry Lee Bishop Jr*
Signature of Filer

\*: a Certificate of Service is only required if filed conventionally (not through CM/ECF). see Section 3K(4), CM/ECF NextGen Administrative Procedures.

# disabilityscoop

# Trump Suggested Some With Disabilities 'Should Just Die,' Nephew Says

by Michelle Diament | July 25, 2024

In a new book, Donald Trump's nephew Fred C. Trump III says that the former president told him that people like his son, who has intellectual and developmental disabilities, 'should just die.'

The claim comes in Fred Trump's memoir "All in the Family: The Trumps and How We Got to Be This Way" that is set to be released next week. An excerpt was published by Time on Wednesday.

Fred Trump, the son of Donald Trump's late brother Fred Trump Jr., said that he saw his uncle being in the White House as an opportunity to advocate for housing support and other needs of people with intellectual and developmental disabilities like his son William, 25.

In the book, Fred Trump describes bringing a group of advocates to the White House in May 2020 to meet with top officials including then-U.S. Secretary of Health and Human Services Alex Azar and then-President Donald Trump.

"Donald seemed engaged, especially when several people in our group spoke about the heart-wrenching and expensive efforts they'd made to care for their profoundly disabled family members, who were constantly in and out of the hospital and living with complex arrays of challenges," Fred Trump wrote.

After the 45-minute Oval Office meeting concluded, Fred Trump said his uncle asked to see him.

"I thought he had been touched by what the doctor and advocates in the meeting had just shared about their journey with their patients and their own family members. But I was wrong," Fred Trump wrote.

"Those people," Fred Trump said his uncle told him, "the shape they're in, all the expenses, maybe those kinds of people should just die."

Not knowing what to say, Fred Trump said he "turned and walked away."

**PRIORITY MAIL** — FLAT RATE ENVELOPE, ONE RATE ■ ANY WEIGHT

U.S. POSTAGE PAID
JUL 29, 2024
33401
$9.85
RDC 03  0 Lb 2.30 Oz  R2305K137880-17

From:
Jerry Lee Bishop
1815 Montana Ave
Missoula, MT 59802

To:
Paul G. Rogers
TO: THE CLERK OF COURT
Southern Federal District Courthouse
701 Clematis St. Room 202
West Palm Beach
Fl 33401

EXPECTED DELIVERY DAY: 08/01/24

UNITED STATES POSTAL SERVICE®
PRIORITY® MAIL
TRACKED ■ INSURED
■ Limited international insurance.**
■ When used internationally, a customs declaration form is required.
*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.
EP14H February 2023
OD: 10 x 5
PS00001000064
9505 5145 5779 4211 0071 22
To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE
PRESS FIRMLY TO SEAL
EP14H © U.S. Postal Service; February 2023; All rights reserved.